**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AMIR AHMAD BAKHTIARY DAVIJANI, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al., <br><br> Defendants. | Case No.  5:25-cv-07166-BLF <br><br> **JUDGMENT** |

Plaintiff's petition for relief having been granted,

Judgment is entered for Plaintiff Amir Bakhtiary Davijani and against Defendants United States Citizenship and Immigration Services, Pam Bondi, Kristi Noem, and Joseph Edlow.

Dated:        April 9, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California